STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company, <br><br> Plaintiff, <br><br> v. <br><br> SALEM COMMUNICATIONS CORPORATION, a Delaware corporation; and MAX FROST, an individual, <br><br> Defendants. | Case No.: 2:10-cv-01034-RLH-LRL <br><br> **VOLUNTARY DISMISSAL WITH PREJUDICE** |

      Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Friday, June 25, 2010 for copyright infringement against Salem Communications Corporation ("Salem"). Righthaven and Salem have agreed to settle the matter by a written agreement.

      Therefore, Righthaven hereby voluntarily dismisses this action with prejudice as to defendants, Salem only, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Dated this seventeenth day of August, 2010.

                        RIGHTHAVEN LLC

                        By: /s/ J. Charles Coons
                        STEVEN A. GIBSON, ESQ.
                        Nevada Bar No. 6656
                        J. CHARLES COONS, ESQ.
                        Nevada Bar No. 10553
                        9960 West Cheyenne Avenue, Suite 210
                        Las Vegas, Nevada 89129-7701
                        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this seventeenth day of August, 2010, I caused **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE** to be served by the Court's CM/ECF system.  Said motion has also been sent via electronic mail to Salem's counsel at the following address:

>Richard M. Goehler, Esq.
>2200 PNC Center, 201 East Fifth Street
>Cincinnati, Ohio 45202-4182

By: /s/ J. Charles Coons

J. CHARLES COONS, ESQ.
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701